UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SHANNON DODGE

    Plaintiff,

Case No.: 3:23-cv-920

vs.

CREDIT CONTROL, LLC

    Defendant.

## STIPULATION FOR EXTENSION OF TIME

The Parties, by and through counsel, request the Court grant an extension of time for Defendant to file its responsive pleading in this matter. In support, the Parties state:

1. This matter was timely removed by Defendant on June 5, 2023, making the responsive pleading due June 12, 2023.

2. Defendant needs additional time to prepare its answer or to otherwise plead.

3. Plaintiff has consented to Defendant's request for this extension.

WHEREFORE, the Parties, by consent, request this Court grant Defendant an additional fourteen (14) days to answer or otherwise plead, making Defendant's responsive pleading due on Jun 26, 2023, and for such other relief as this Court deems just and proper.

Dated: June 12, 2023

| **LIPPES MATHIAS LLP** | **FREEMAN LAW** |
|---|---|
| /s Brendan H. Little | /s Brett Freeman |
| Brendan H. Little, Esq. | Brett Freeman, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 50 Fountain Plaza, Suite 1700 | 210 Montage Mountain Road |
| Buffalo, NY 14202 | Moosic, PA 18507 |
| P: 716-853-5100 | P: 570-589-0010 |
| F: 716-853-5199 | E: brett@freemanlaw.com |
| E: blittle@lippes.com | |