## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SHANNON DODGE

    Plaintiff,

Case No.: 3:23-cv-920-MEM

vs.

CREDIT CONTROL, LLC

    Defendant.

## [PROPOSED] ORDER

**AND NOW**, this _____ day of June, 2023, upon consideration of the parties' Stipulation extending time for Defendant Credit Control, LLC to respond to Plaintiff's Complaint (Doc. 2) it is hereby **ORDERED** that the Defendant shall respond to Plaintiff's Complaint on or before June 26, 2023.

BY THE COURT:

_____
Hon. Malachy E. Mannion,
U.S. District Judge