# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SHANNON DODGE

    Plaintiff,

Case No.: 3:23-cv-920-MEM

vs.

CREDIT CONTROL, LLC

    Defendant.

## [PROPOSED] ORDER

AND NOW, this 28th day of June, 2023, upon consideration of the parties' Stipulation extending time for Defendant Credit Control, LLC to respond to Plaintiff's Complaint (Doc. 2) it is hereby **ORDERED** that the Defendant shall respond to Plaintiff's Complaint on or before June 26, 2023.

BY THE COURT:

_____
Hon. Malachy E. Mannion,
U.S. District Judge