UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**SHANNON DODGE**                  :

           Plaintiff        :   CIVIL ACTION NO. 3:23-920

      v.                                 :        (JUDGE MANNION)

**CREDIT CONTROL, LLC**           :

           Defendant     :

## O R D E R

A case management conference having been held on August 7, 2023, IT IS HEREBY ORDERED that:

1. **Joining Additional Parties.** The final date for the joining of additional parties by Plaintiff is **December 29, 2023** and by Defendant is **January 29, 2024**.

2. **Amendment of Pleadings.** The final date for the amendment of pleadings by Plaintiff is **December 29, 2023** and by Defendant is **January 29, 2024**.

3. **Fact Discovery.** All fact discovery shall be completed by **June 28, 2024**.

4. **Dispositive Motions.** Dispositive motions, if any, shall be filed by **August 30, 2024**.

The final pretrial conference and trial dates will be decided after the dispositive motion deadline has expired.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall contact chambers to schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of court, and even then only following the above noted procedure.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss. Should the parties enter into private mediation, the court should immediately be notified of the proposed date for mediation. Additionally, if mediation is successful counsel shall immediately notify the court.

The schedule established herein should be followed by all counsel and parties. Continuances of trial and extensions of the discovery period will be sparingly granted, and only when appropriate circumstances demand and application is timely made.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 7, 2023**
23-0920-02