# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shannon Dodge,<br>　　　　　Plaintiff,<br>v.<br><br>Credit Control, LLC,<br>　　　　　Defendant. | Docket 3:23-cv-920<br><br>(Judge Malachy E. Mannion)<br><br>FILED ELECTRONICALLY |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this matter, and are in the process of finalizing the settlement documents. It is expected that the settlement will be completed within 60 days. The parties therefore request that the Court enter an order allowing for 60 days for the settlement to be completed, and allowing either party to seek reinstatement if the settlement is not consummated. As a result of the settlement, the parties also request that the Court cancel the discovery conference scheduled for January 9, 2024.

| *s/ Brett Freeman* | *s/ Brendan H. Little (with consent)* |
|---|---|
| Brett Freeman | Brendan H. Little: |
| Bar Number PA 308834 | Bar Number 317322 |
| FREEMAN LAW | LIPPES MATHIAS, LLP |
| 606 Hamlin Highway, Suite 2 | 50 Fountain Plaza, Suite 1700 |
| Lake Ariel, PA 18436 | Buffalo, NY 14202 |
| Phone (570) 589-0010 | Phone 716-853-5100 |
| Facsimile (570) 456-5955 | Facsimile 716-853-5199 |
| Email brett@freeman.law | Email blittle@lippes.com |