IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shannon Dodge,<br>            Plaintiff<br><br>    v.<br><br>Credit Control, LLC,<br>            Defendant | Docket No. 3:23-cv-920-MEM<br><br>(Judge Malachy E. Mannion<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Brendan H. Little (with consent)* |
|---|---|
| Brett M. Freeman | Brendan H. Little |
| Bar Number PA 308834 | Bar Number PA 317322 |
| FREEMAN LAW | LIPPES MATHIAS, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 50 Fountain Plaza, Suite 1700 |
| Lake Ariel, PA 18436 | Buffalo, NY 14202 P: 716-853-5100 |
| P: (570) 589-0010 | F: 716-853-5199 |
| F: (570) 456-5955 | Email: blittle@lippes.com |
| Email: brett@freeman.law | |